2 A.3d 470

Clemon PERRY, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA, Respondent.

No. 47 EM 2010.

Supreme Court of Pennsylvania.

July 28, 2010.

## ORDER

PER CURIAM.

AND NOW, this 28th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**